# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

No. **15-5298**

Jeffrey Schmidt,

Appellant,

v.

John M. McHugh,
Secretary,
United States Navy,
Appellee.

### APPELLANT'S CONSENTED MOTION FOR DEFERRED APPENDIX SCHEDULING

On behalf of Appellant, Jeffrey Schmidt, the undersigned has contacted counsel for Appellee, Peter Maier, of the Department of Justice, regarding the use of a deferred appendix pursuant to FRAP 30(c). Mr. Maier consents to the use of a deferred appendix. Accordingly, at the present intent of Appellant and Appellee is to use a deferred appendix. Pursuant to Federal Rules of Appellate Procedure Rule 30(c), Appellant hereby moves for an order permitting deferred appendix scheduling.

Respectfully Submitted,

/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Attorney for Appellant
700 12th Street, NW, Suite 700
Washington, DC  20005
Tel: (202) 558-6371
Fax: (202) 403-3430
Michael@Eisenberg-Lawoffice.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that July 12, 16, a copy of the foregoing has been served on all parties through the Court's Electronic Case Filing System ("ECF") and four copies will be sent to the Clerk of Court via USPS First Class Mail.

Respectfully Submitted,

/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Attorney and Counselor at Law
Law Office of Michael D.J. Eisenberg
700 12th Street, NW, Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3414
michael@eisenberg-lawoffice.com